# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

        v.                                            Crim. No. 5:13-MJ-1250-1

**SHANON V. MADRID**

      On October 28, 2015, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller                                      /s/ Christopher Studley  
Jeffrey L. Keller                                             Christopher Studley  
Supervising U.S. Probation Officer               U.S. Probation Officer  
                                                                310 New Bern Avenue, Room 610  
                                                                Raleigh, NC 27601-1441  
                                                                Phone: 919-861-8669  
                                                                Executed On: April 25, 2016

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this __26th__ day of __April__, 2016.

                                                                James E. Gates  
                                                                U.S. Magistrate Judge